COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Mary E. Roper
Louisiana Appellate Project
830 Main Street
Baton Rouge LA 70802-5597

Robert Elijah Lamar Mincey
CBC - U-R-9 DOC No. 530514
Louisiana State Prison
Angola, LA 70712

**REHEARING ACTION: July 15, 2009**

**Docket Number: 08  01315-KA**

**STATE OF LOUISIANA
VERSUS
ROBERT ELIJAH LAMAR MINCEY
AKA ROBERT BRYANT**

**Appealed from Calcasieu Parish Case No. 18494-06**

<u>**BEFORE JUDGES**</u>**:**

**Hon. Ulysses Gene Thibodeaux
Hon. John D. Saunders
Hon. Jimmie C. Peters**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert Elijah Lamar Mincey** has this day been

**DENIED.**

cc: John Foster DeRosier, Counsel for the Appellee